# EXHIBIT B

 

# Gunderson
## Law Firm

From the Desk of:
**John R. Funk, Esq.**
jfunk@gundersonlaw.com

September 28, 2021

*Via Email – icrew@indieguns.com*
*& U.S. Mail - Certified, Return Receipt*
*Requested Mail No.:   70170530 0000 8913 3694*

ARMED LLC dba Armed Training Facility
399 Central Florida Parkway
Orlando, FL 32824

*Via Email – icrew@indieguns.com*
*& U.S. Mail - Certified, Return Receipt*
*Requested Mail No.:   7017 0530 0000 8913 3700*

INDIE GUNS, LLC
3000 Huntington Street
Orlando, FL 32803

> ### Re:    *Polymer80/ARMED, LLC*
> ### *Demand for Payment*

To Whom it May Concern:

We have been retained by Polymer80, Inc., a Nevada corporation ("Polymer80") to assist it with collecting the sums ARMED, LLC dba Armed Training Facility ("Armed Training Facility") and Indie Guns, LLC ("Indie Guns") owe for inventory shipped to Indie Guns. If either entity has legal counsel in this regard, please promptly provide this correspondence to him or her. All future correspondence concerning this matter may be provided to my office.

On or about January 24, 2021, Lawrence Destefano, on Armed Training Facility's behalf, signed a Dealer Agreement agreeing to, among other things, pay for certain items shipped at its request. Based upon certain orders and requests, Polymer80 shipped a variety of products to Indie Guns at 3150 Harvest Lane, Kissimmee, Florida 34744 ("Indie Guns Location"). Both Armed Training Facility and Indie Guns are jointly and severally responsible for paying all amounts owed. Yet, they have both failed to pay any amounts for the products and goods shipped. Payment for each invoice, as set forth on the invoice and the Dealer Agreement, were due when the product shipped. Interest accrues on all amounts at the legal rate.

---

3895 Warren Way  |  Reno, Nevada 89509  |  P. 775.829.1222  |  F. 775.829.1226  |  gundersonlaw.com

ARMED, LLC dba Armed Training Facility
Indie Guns, LLC
September 28, 2021
Page 2 of 3

As Mr. Destefano confirmed in his prior communications, there is no dispute that both of his entities owe the full principal amount--$694,262.41.  Mr. Destefano committed to providing some sort of payment plan no later than September 22, 2021 but failed to do so.  When asked after this deadline expired, without any excuse or justification, Mr. Destefano indicated that neither of his entities would satisfy the debt and obligation owed to Polymer80.  There is no dispute that the goods were accepted, without rejection or qualification, and that both entities are now legally required to pay for those goods.

It is in both Armed Training Facility and Indie Guns's financial interest to promptly tender payment in full for the amounts owed to Polymer80.  If Polymer80 does not receive payment in full within fifteen (15) days of this letter, I have been instructed to escalate this matter to litigation by initiating legal action.  Please contact my office to arrange payment.

Finally, to ensure there is no confusion, the Dealer Agreement dated January 24, 2020 by and between Armed Training Facility and Polymer80 is terminated, cancelled, and of no further effect.

Should you have any questions, please do not hesitate to contact our office.

Very truly yours,

GUNDERSON LAW FIRM

John R. Funk, Esq.

JRF/cs
Enclosure
cc:

*Via U.S. Mail - Certified, Return Receipt Requested No.:  7015 0640 0004 7136 9838*
ARMED LLC dba Armed Training Facility
3000 Huntington Street
Orlando, FL 32803

*Via U.S. Mail - Certified, Return Receipt Requested No.:  7015 0640 0004 7136 9821*
ARMED LLC dba Armed Training Facility
c/o Lawrence M. Destefano
3000 Huntington Street
Orlando, FL 32803

ARMED, LLC dba Armed Training Facility
Indie Guns, LLC
September 28, 2021
Page 3 of 3


*Via U.S. Mail - Certified, Return Receipt Requested No.:  7015 0640 0004 7136 9814*
ARMED LLC dba Armed Training Facility
c/o Mieko K. Koller
3000 Huntington Street
Orlando, FL 32803

*Via U.S. Mail - Certified, Return Receipt Requested No.:  7015 0640 0004 7136 9807*
Indie Guns, LLC
3150 Harvest Lane
Kissimmee, FL 34744

*Via U.S. Mail - Certified, Return Receipt Requested No.: 7015 0640 0004 7136 9791*
Indie Guns, LLC
c/o Raymond Villafane
3150 Harvest Lane
Kissimmee, FL 34744

*Via U.S. Mail - Certified, Return Receipt Requested No.:  7017 0530 0000 8913 1263*
Indie Guns, LLC
c/o Lawrence Destefano
3150 Harvest Lane
Kissimmee, FL 34744



**Remit To Address**
Accounting Department
Polymer80, Inc.
13601 W. McMillan Rd. #102-327
boise ID 83713
United States

# Invoice

### #INV8135

7/15/2021

| Bill To | Ship To | TOTAL |
|---|---|---|
| Indie Guns LLC<br>Ray Villafañe<br>3150 Harvest Lane<br>Kissimmee FL 34744<br>United States | Indie Guns LLC<br>Ray Villafañe<br>3150 Harvest Lane<br>Kissimmee FL 34744<br>United States | **$702,625.00** |

| Terms | Due Date | PO # | Shipping Method | Ship Date |
|---|---|---|---|---|
| Net 30 | 8/14/2021 | P80-7921.1 | Freight | 7/15/2021 |

| Item | Description | Display Name/ Code | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| P80-PF940v2-BLK-Kit-DNU | PF940v2 and Jig system, Black Pistol Frame assembly | PF940v2 and Jig system, Black Pistol Frame assembly | 1,500 | $75.00 | $112,500.00 |
| P80-PF940v2-FDE-Kit-DNU | PF940v2 and Jig system, FDE Pistol Frame assembly | PF940v2 and Jig system, FDE Pistol Frame assembly | 750 | $75.00 | $56,250.00 |
| P80-PF940v2-ODG-Kit-DNU | PF940v2 and Jig system, ODG Pistol Frame assembly | PF940v2 and Jig system, ODG Pistol Frame assembly | 500 | $75.00 | $37,500.00 |
| P80-PF940v2-COB-Kit-DNU | PF940v2 and Jig system, Cobalt Pistol Frame assembly | PF940v2 and Jig system, Cobalt Pistol Frame assembly | 750 | $75.00 | $56,250.00 |
| P80-PF940v2-GRY-Kit-DNU | PF940v2 and Jig system, Gray Pistol Frame assembly | PF940v2 and Jig system, Gray Pistol Frame assembly | 150 | $75.00 | $11,250.00 |
| P80-PF940v2-BTI-Kit-DNU | PF940v2 and Jig system, Pistol Frame assembly, Blue Titanium | PF940v2 and Jig system, Pistol Frame assembly, Blue Titanium | 200 | $75.00 | $15,000.00 |
| P80-PFS9-MAG-17 | KCI G17 Magazine, P80 Logo | Polymer80 17 rd magazine for G17 | 3,850 | $0.00 | $0.00 |
| P80-PF940SC-BLK-Kit-DNU | Polymer80, 80% Subcompact Pistol Frame and Jig, Black | Polymer80, 80% Subcompact Pistol Frame and Jig, Black | 1,000 | $75.00 | $75,000.00 |
| P80-PF940SC-FDE-Kit-DNU | Polymer80, 80% Subcompact Pistol Frame and Jig, FDE | Polymer80, 80% Subcompact Pistol Frame and Jig, FDE | 1,000 | $75.00 | $75,000.00 |



**Remit To Address**
Accounting Department
Polymer80, Inc.
13601 W. McMillan Rd. #102-327
boise ID 83713
United States

# Invoice
## #INV8135
7/15/2021

| Item | Description | Display Name/ Code | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| P80-PF940SC-ODG-Kit-DNU | Polymer80, 80% Subcompact Pistol Frame and Jig, ODG | Polymer80, 80% Subcompact Pistol Frame and Jig, ODG | 500 | $75.00 | $37,500.00 |
| P80-PF940SC-GRY-Kit-DNU | Polymer80, 80% Subcompact Pistol Frame and Jig, GRY | Polymer80, 80% Subcompact Pistol Frame and Jig, GRY | 500 | $75.00 | $37,500.00 |
| P80-PF940Cv1-BLK-Kit-DNU | Polymer80, 80% Compact Pistol Frame V1, Black | Polymer80, 80% Compact Pistol Frame V1, Black | 2,000 | $75.00 | $150,000.00 |
| P80-PF940Cv1-COB-Kit-DNU | Polymer80, 80% Compact Pistol Frame V1, Cobalt | Polymer80, 80% Compact Pistol Frame V1, Cobalt | 1,200 | $75.00 | $90,000.00 |
| P80-PF940Cv1-BTI-Kit-DNU | Polymer80, 80% Compact Pistol Frame V1, Blue Titanium | Polymer80, 80% Compact Pistol Frame V1, Blue Titanium | 300 | $75.00 | $22,500.00 |
| P80-PF940Cv1-GRY-Kit-DNU | Polymer80, 80% Compact Pistol Frame V1, Gray | Polymer80, 80% Compact Pistol Frame V1, Gray | 200 | $75.00 | $15,000.00 |
| P80-PF45-BLK-Kit-DNU | PF45 and Jig system, Black Pistol Frame assembly | PF45 and Jig system, Black Pistol Frame assembly | 500 | $85.00 | $42,500.00 |
| P80-PF45-FDE-Kit-DNU | PF45 and Jig system, FDE Pistol Frame assembly | PF45 and Jig system, FDE Pistol Frame assembly | 500 | $85.00 | $42,500.00 |
| P80-PF45-ODG-Kit-DNU | PF45 and Jig system, ODG Pistol Frame assembly | PF45 and Jig system, ODG Pistol Frame assembly | 500 | $85.00 | $42,500.00 |
| P80-PF45-COB-Kit-DNU | PF45 and Jig system, Cobalt Pistol Frame assembly | PF45 and Jig system, Cobalt Pistol Frame assembly | 500 | $85.00 | $42,500.00 |
| P80-PF45-GRY-Kit-DNU | PF45 and Jig system, Gray Pistol Frame assembly | PF45 and Jig system, Gray Pistol Frame assembly | 500 | $85.00 | $42,500.00 |
| Discount | | | | -30% | ($301,125.00) |
| Freight | Shipping for B2B | Estimated Shipping (actual cost will be reflected on the invoice) | 1 | $0.00 | $0.00 |



**Remit To Address**
Accounting Department
Polymer80, Inc.
13601 W. McMillan Rd. #102-327
boise ID 83713
United States

# Invoice
## #INV8135
7/15/2021

| | |
|---|---|
| **Subtotal** | $702,625.00 |
| **Tax** | $0.00 |
| **Total** | $702,625.00 |
| **Amount Paid** | $8,362.59 |
| **Amount Due** | $694,262.41 |