**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

POLYMER80, INC., a Nevada corporation,

    Plaintiff,

vs.                                    Case No.: 6:22-cv-415-CEM-LHP

INDIE GUNS, LLC, a Florida limited
liability company,

    Defendant.
_____/

**PLAINTIFF POLYMER80, INC.'S**
**NOTICE OF PENDENCY OF OTHER ACTIONS**

    Plaintiff Polymer80, Inc., by its undersigned counsel, in accordance with Local Rule 1.07, hereby certifies that the instant action:

___   IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                              _____
                              _____
                              _____
                              _____
                              _____

_x_ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

DATED: March 10, 2022          Respectfully submitted,

GREENSPOON MARDER LLP

BY: */s/ Roy Taub*
JEFFREY A. BACKMAN
Florida Bar No. 662501
ROY TAUB
Florida Bar No. 116263
jeffrey.backman@gmlaw.com
khia.joseph@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954.491.1120
Facsimile: 954.343.6958

*Attorneys for Plaintiff Polymer80, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 10, 2022, the foregoing was electronically filed with the clerk of the court using the CM/ECF System, which will send notice of filing and a service copy to all counsel of record.

                                     */s/ Roy Taub*
                                      ROY TAUB